UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 06, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORAINE DIXON,<br><br>Defendant. | Case No. 2:16-cr-00239-MCE<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  LORAINE DIXON ,

Case No. 2:16-cr-00239-MCE  Charge 15 U.S.C. § 1 , from custody for the following reasons:

\_\_\_\_\_  Release on Personal Recognizance

\_\_\_\_\_  Bail Posted in the Sum of $ _____

  X    Unsecured Appearance Bond $   25,000.00

\_\_\_\_\_  Appearance Bond with 10% Deposit

\_\_\_\_\_  Appearance Bond with Surety

\_\_\_\_\_  Corporate Surety Bail Bond

\_\_\_\_\_  (Other):

Issued at Sacramento, California on January 06, 2017 at   2:20 p.m.

By: _____

Magistrate Judge Kendall J. Newman