| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664
Federal Defender |
| 2 | JEROME PRICE, #282400
Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor
Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710
Jerome_Price@fd.org |

Attorney for Defendant
LORAINE DIXON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>JOHN BREWER, et al,<br><br>           Defendant. | Case No. 2:16-CR-0239-MCE<br><br>**STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE**<br><br>DATE:     March 29, 2018<br>TIME       10:00 a.m.<br>JUDGE:   Hon. Morrison C. England, Jr |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Matthew Yelovich Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Robert Portune **that the status conference scheduled for March 29, 2018 be vacated and continued to May 24, 2018 at 10:00 a.m.**

The continuance is requested to enable defense counsel to continue the fact investigation, discovery review, and legal research necessary to determine an appropriate resolution in this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including May 24, 2018,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order to Continue the Status Conference       -1-       *U.S. v Loraine Dixon*, 2:16-cr-239-MCE

Respectfully submitted,

DATED: March 27, 2018				HEATHER E. WILLIAMS
						Federal Defender

						*/s/ Jerome Price*
						JEROME PRICE
						Assistant Federal Defender
						Attorney for Loraine Dixon

DATED: March 27, 2018				McGREGOR W. SCOTT
						United States Attorney

						*/s/ Matthew Yelovich*
						Matthew Yelovich
						Assistant U.S. Attorney
						Attorney for Plaintiff

**ORDER**

The Court, having reviewed and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court firtjer finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including May 24, 2018, be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the March 29, 2018 status conference shall be continued until May 24, 2018, at 10:00 a.m. before District Judge Morrison C. England, Jr.**

IT IS SO ORDERED.

Dated: March 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE