| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, #282400 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | LORAINE DIXON |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-239 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO MODIFY SPECIAL CONDITIONS OF |
| v. | ) | RELEASE; AMENDED |
| | ) | |
| LORAINE DIXON, | ) | Judge: Hon. CAROLYN K. DELANEY |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED between plaintiff, United States of America, and Defendant Loraine Dixon, through their respective attorneys, that the release conditions imposed on Ms. Dixon on January 6, 2017 (Dkt. 10), may be modified to <u>delete</u>:

**10. You submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer.**

This stipulation was approved by Pretrial Services Officer Renee Basurto.

The parties further stipulate that the Court adopt the Amended Conditions of Release, attached hereto as Exhibit A, which incorporates the above modification.

Stipulation to Modify Special Condition of Release -1-

| | | |
|---|---|---|
| 1 | DATED: May 4, 2018 | HEATHER E. WILLIAMS |
| 2 | | Federal Defender |
| 3 | | */s/ Jerome Price* |
| 4 | | JEROME PRICE |
| | | Assistant Federal Defender |
| 5 | | Attorneys for LORAINE DIXON |
| 6 | DATED: May 4, 2018 | MCGREGOR W. SCOTT |
| 7 | | United States Attorney |
| 8 | | */s/ Matthew Yelovich* |
| | | MATTHEW YELOVICH |
| 9 | | Assistant United States Attorney |
| | | Attorney for Plaintiff |

# **O R D E R**

The Court having reviewed and considered the parties' stipulation, hereby adopts the stipulation in its entirety. The Defendant's conditions of release shall be modified to remove the following condition:

> **10. You submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer.**

The Court hereby adopts the Amended Conditions of Release as its Order. The Defendant shall abide by all conditions contained in the Amended Conditions of Release.

IT IS SO ORDERED.

Dated: May 7, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE