HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Jerome_Price@fd.org

Attorney for Defendant
LORAINE DIXON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:16-CR-0239-MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| JOHN BREWER, et al, | DATE: January 3, 2019 |
| Defendant. | TIME 10:00 a.m. |
| | JUDGE: Hon. Morrison C. England, Jr |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Matthew Yelovich Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Loraine Dixon **that the status conference scheduled for January 3, 2019 be vacated and continued to February 14, 2019 at 10:00 a.m.**

The defendant requests this continuance to enable defense counsel to continue the fact investigation, discovery review, and legal research necessary for effective defense preparation. This case involves well over one hundred thousand pages of discovery. The government does not oppose this continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date the parties stipulated up and including February 21, 2019, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local

Stipulation and Order to Continue the Status Conference

-1-

Code T4 based upon continuity of counsel and defense preparation.

Respectfully submitted,

DATED: December 27, 2018 HEATHER E. WILLIAMS
Federal Defender

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorney for Loraine Dixon

DATED: December 27, 2018 McGREGOR W. SCOTT
United States Attorney

*/s/ Matthew Yelovich*
Matthew Yelovich
Assistant U.S. Attorney
Attorney for Plaintiff

# **ORDER**

The Court, having reviewed and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including February 21, 2019, be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 3, 2019 status conference shall be continued until February 14, 2019, at 10:00 a.m. before District Morrison C. England, Jr.

IT IS SO ORDERED.

Dated: December 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE