| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | LORAINE DIXON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-CR-0239-MCE-3 |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **TEMPORARILY RELEASE PASSPORT TO** |
| | ) **DEFENDANT** |
| LORAINE DIXON, | ) |
| Defendant. | ) Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Matthew Yelovich Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Loraine Dixon that the Clerk of the Court may temporary return Ms. Dixon's passport to her.

Loraine Dixon is currently on pretrial release in this district and in compliance with her conditions of release. She has cosigned a $25,000.00 unsecured bond along with Jack Dixon. Mrs. Dixon has an appointment with DMV in the city of Roseville on April 16, 2019 at 2:30 p.m. and will need her passport to obtain a California REAL ID. Mrs. Dixon agrees to return her passport to the Clerk no later than April 18, 2019. Pretrial Services has been made aware of this request and has no objection. The government also does not object to this request.

-1-

Respectfully submitted,

DATED: April 15, 2019      HEATHER E. WILLIAMS  
Federal Defender

*/s/ Jerome Price*  
JEROME PRICE  
Assistant Federal Defender  
Attorneys for Loraine Dixon

DATED: April 15, 2019      McGREGOR W. SCOTT  
United States Attorney

*/s/ Matthew Yelovich*  
Matthew Yelovich  
Assistant U.S. Attorney  
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, that the Clerk of the Court shall return Defendant Loraine Dixon's passport to her for the purpose of renewing or obtaining a California REAL ID. The defendant shall return the passport to the Clerk of the Court no later than April 18, 2019. Once the passport is received, it shall remain with the Clerk pending further order of the court.

**IT IS SO ORDERED.**

Dated: April 15, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE