MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORAINE DIXON,<br><br>Defendant. | CASE NO. 2:16-CR-239 MCE<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; ORDER<br><br>DATE: June 13, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter is set for jury trial set to begin November 4, 2019. Time under the Speedy Trial Act was previously excluded until the first day of trial under Local Code T4 for defense preparation.

2. At the request of the parties, the Court also previously set an interim status conference for June 13, 2019.

3. By this stipulation, the parties now move to continue that status conference from June 13, 2019, to July 25, 2019.

///

///

STIPULATION AND ORDER REGARDING CONTINUANCE       1

4. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for that status conference and otherwise continue preparing for trial.

IT IS SO STIPULATED.

Dated: May 22, 2019

MCGREGOR W. SCOTT
United States Attorney

/s/ MATTHEW M. YELOVICH
MATTHEW M. YELOVICH
Assistant United States Attorney

Dated: May 22, 2019

/s/ JEROME PRICE
JEROME PRICE
Counsel for Defendant
LORAINE DIXON

**ORDER**

IT IS SO ORDERED.

Dated: May 23, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE