MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORAINE DIXON,<br><br>Defendant. | CASE NO. 2:16-CR-239 MCE<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; ORDER<br><br>DATE: July 25, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter is set for jury trial set to begin November 4, 2019. Time under the Speedy Trial Act was previously excluded until the first day of trial under Local Code T4 for defense preparation.

2. At the request of the parties, the Court also previously set an interim status conference for July 25, 2019.

3. By this stipulation, the parties now move to continue that status conference from July 25, 2019, to August 8, 2019.

4. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for that status conference and otherwise continue preparing for trial.

IT IS SO STIPULATED.

Dated: July 11, 2019		MCGREGOR W. SCOTT
				United States Attorney

				/s/ MATTHEW M. YELOVICH
				MATTHEW M. YELOVICH
				Assistant United States Attorney


Dated: July 11, 2019		/s/ TIMOTHY E. WARRINER
				TIMOTHY E. WARRINER
				Counsel for Defendant
				LORAINE DIXON

**ORDER**

IT IS SO ORDERED.

Dated: July 17, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE