1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW M. YELOVICH
   KURT A. DIDIER
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7

8

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LORAINE DIXON,<br><br>　　　　　　　Defendant. | Case No.: 2:16-CR-00239-MCE<br><br>**STIPULATION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; AND ORDER THEREON**<br><br>[No Hearing Requested] |

　　　　Plaintiff United States of America and defendant Loraine Dixon, through their authorized representatives (the Parties), hereby seek an order authorizing Defendant to deposit $10,100.00 into the Court's deposit fund pending the outcome of this criminal prosecution.

　　　　The Parties stipulate as follows:

　　　　1.　　The indictment in this case charges Defendant with a violation of 15 U.S.C. § 1—Bid Rigging. She entered a guilty plea to the charge pursuant to the Parties' plea agreement filed on August 8, 2019 (ECF No. 114). According to the plea agreement, Defendant is subject to a special assessment and fine.

　　　　2.　　The Court entered Defendant's guilty plea to Count 1 of the indictment and adjudged her guilty following her change of plea hearing. ECF No. 111. Sentencing is currently set for October 31, 2019. ECF No. 115.

3. Defendant is subject to a $100.00 special assessment. The presentence report recommends that the Court impose a $10,000.00 fine. Defendant is prepared to pay the $100.00 special assessment and $10,000.00 to the Clerk of the Court within five days of the Court's order approving this stipulation.

4. Based on the foregoing, the Parties agree the Court can and should enter an order directing:

    A. Defendant to pay $10,100.00 to the Clerk of Court within five days following the filing of the order approving this stipulation according to the payment instructions stated in the accompanying order; and

    B. The Clerk of Court to deposit Defendant's payment into the Court's Deposit Fund and apply those funds to all criminal monetary penalties the Court orders at sentencing.

Respectfully submitted,

FOR THE UNITED STATES:

McGREGOR W. SCOTT
United States Attorney

Dated: October 22, 2019     By:    */s/ Kurt A. Didier*
                                               MATTHEW M. YELOVICH
                                               KURT A. DIDIER
                                               Assistant United States Attorneys

FOR DEFENDANT LORAINE DIXON:

Dated: October 22, 2019     By:    */s/ Loraine Dixon*
                                                 LORAINE DIXON, an individual

APPROVED AS TO FORM AND CONTENT:

Dated: October 22, 2019     By:    */s/ Timothy E. Warriner*
                                                 TIMOTHY E. WARRINER
                                                 Attorney for Defendant Loraine Dixon

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation for the Deposit of Funds into the Court's Deposit Fund (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

1. Defendant Loraine Dixon shall PAY $10,100.00 to the Clerk of Court within five days following the filing of this order.

2. Defendant shall make her payment PAYABLE to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. Defendant shall also state the docket number (Case No.: 2:16-cr-00239-MCE) on the payment instrument and, if she desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

3. The Clerk of Court shall DEPOSIT Defendant's prejudgment payment into the Court's Deposit Fund (the Fund).

4. Defendant's prejudgment payment shall REMAIN in the Fund pending adjudication of this case. Upon sentencing, the Clerk of Court shall APPLY the payment towards the criminal monetary penalties ordered in the case. If the Court orders criminal monetary penalties in an amount less than Defendant's prejudgment payment, the Clerk of Court shall RETURN the surplus to the Defendant within thirty days following entry of judgment.

IT IS SO ORDERED.

Dated: October 28, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE